IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

QUINTON SETTLES[1]                                          PETITIONER
ADC #160480

v.                          Case No. 4:24-cv-00492-KGB

ARKANSAS, STATE OF                                          RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Neither party has objected to the Recommendation, and the time for doing so has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id*.).[2] The Court dismisses petitioner Quinton Settles's petition for a writ of *habeas corpus* (Dkt. No. 1) and denies a certificate of appealability. Settles has not made a substantial showing that he was denied a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge

---

[1] The Clerk of the Court is instructed to update petitioner Quinton Settles's address to the Arkansas Department of Corrections, Barbara Ester Unit, 7500 Corrections Circle, Pine Bluff, AR 71603,

[2] The Court takes judicial notice that at the time Settles filed the instant petition for writ of *habeas corpus* he was also appealing his conviction for first-degree domestic battery, a Class D felony, to the Arkansas Court of Appeals. *See Settles v. State of Arkansas*, 2026 Ark. App. 119, 1, 2026 WL 517193 *1 (Ark. Ct. App. Feb. 25, 2026) (affirming conviction). Accordingly, Settles's habeas petition would have been premature.