**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**QUINTON SETTLES**                                                       **PETITIONER**
**ADC #160480**

**v.**                              **Case No. 4:24-cv-00492-KGB**

**ARKANSAS, STATE OF**                                               **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Quinton Settles's claims are dismissed without prejudice (Dkt. No. 1).  The relief sought is denied.  The Court denies a certificate of appealability.  28 U.S.C. § 2253(c)(2).

It is so adjudged this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge